**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **WILFRED ANDERSON, M.D.,** | : | |
| | : | **Case No. 2:25-cv-1521** |
| **Plaintiff,** | : | |
| | : | **Judge Algenon L. Marbley** |
| **v.** | : | |
| | : | **Magistrate Judge S. Courter Shimeall** |
| **STATE OF OHIO,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter is before the Court on Plaintiff Wilfred Anderson, M.D.'s suit against the State of Ohio. (ECF No. 1). Plaintiff failed to pay the required filing fee or move for leave to proceed *in forma pauperis*, and was ordered to cure his deficiency by March 2, 2026. (ECF Nos. 2; 5). He failed to comply.

On March 9, 2026, the Magistrate Judge issued a Report and Recommendation recommending dismissal of the instant action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. That Report advised Plaintiff that he had fourteen days to raise objections. (ECF No. 6 at 2). It also notified Plaintiff that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the Report and Recommendation *de novo*. (*Id.*).

This Court has reviewed the Report and Recommendation. No objections have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. This Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 6) as its findings of facts and law. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

1

The Court **DENIES** a certificate of appealability.  The Clerk of Court is **DIRECTED** to close the case.

        **IT IS SO ORDERED.**

                                    **ALGENON L. MARBLEY**
                                    **UNITED STATES DISTRICT JUDGE**

**DATED: April 1, 2026**

2